**Opinion issued October 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00493-CV

_____

**ANDREW WHALLON, Appellant**

**V.**

**CANDLELIGHT TRAILS 1 ASSOCIATION, INC., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2008-51588A**

---

## MEMORANDUM OPINION

Appellant, Andrew Whallon, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Brown and Caughy.